UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| 1600 HICKS ROAD, LLC, | ) | Case No. 21-07478 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |

**NOTICE OF OBJECTION**

To:  See Attached Service List

PLEASE TAKE NOTICE that the United States Trustee has an objection to and respectfully requests to be heard the following motion:

**Docket No. 20:   Application for an Order Pursuant to Section 327(A) Authorizing the Employment and Retention of Richard G. Fonfrias and Fonfrias Law Group, and David Llyod as Counsel for Debtor in Possession**

noticed for hearing on September 8, 2021, at 10:00 AM before the Honorable David D. Cleary.

PATRICK S. LAYNG
UNITED STATES TRUSTEE

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

      I, M. Gretchen Silver, an attorney, state that on September 3, 2021, pursuant to Local Rule 9013-1(D) the **Notice of Objection** was filed and served on all parties via the Court's Electronic Notice for Registrants, as indicated on the service list below.

                                                        */s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- **Cheryl A Considine**   bankruptcy@hsbattys.com, bk-4hsbm@gmail.com,hbm@ecf.courtdrive.com
- **Richard G. Fonfrias**   richprivatemail@protonmail.com, rfonfriasecfcourt@gmail.com;heath@casedriver.com;casedriverecf@casedriver.com;3295273420@filings.docketbird.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov