| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1600 Hicks Road, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 21 B 07478 |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ■ No.  Go to Part 2.
    ☐ Yes Fill in the information below.

    All cash or cash equivalents owned or controlled by the debtor                                        Current value of debtor's interest

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

    ■ No.  Go to Part 3.
    ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

    11. **Accounts receivable**

    | | | | | |
    |---|---|---|---|---|
    | 11b. Over 90 days old: | 507,696.00 | - | 0.00 | = .... | $507,696.00 |
    | | face amount | | doubtful or uncollectible accounts | | |

    12. **Total of Part 3.**                                                                                                                                                   $507,696.00
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:    Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | 1600 Hicks Road, LLC | Case number (If known) | 21 B 07478 |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54.** Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 1600 Hicks Road, Rolling Meadows, IL 60008 - PIN: 02-26-200-057-0000 & 02-26-200-058-0000 | Fee simple | $620,000.00 | Comparable sale | $1,000,000.00 |

**56.** **Total of Part 9.** $1,000,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
■ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
■ No
☐ Yes

| Debtor | 1600 Hicks Road, LLC | Case number (If known) | 21 B 07478 |
|---|---|---|---|
| | Name | | |

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **1600 Hicks Road, LLC** | Case number *(If known)* | **21 B 07478** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $507,696.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $1,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $507,696.00 | + 91b. $1,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,507,696.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1600 Hicks Road, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 21 B 07478 |

☒ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Cook County Treasurer**<br>Creditor's Name<br>**188 N. Clark Street, Ste. 1112**<br>**Chicago, IL 60602**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Cook County Treasurer**<br>**2. EH National Bank** | **Describe debtor's property that is subject to a lien**<br>**1600 Hicks Road, Rolling Meadows, IL 60008 - PIN: 02-26-200-057-0000 & 02-26-200-058-0000**<br><br>**Describe the lien**<br>**Real estate tax lien**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $600,000.00 | $1,000,000.00 |
| **2.2** **EH National Bank**<br>Creditor's Name<br>**8484 Wilshire Blvd.**<br>**Suite 100**<br>**Beverly Hills, CA 90211**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**1600 Hicks Road, Rolling Meadows, IL 60008 - PIN: 02-26-200-057-0000 & 02-26-200-058-0000**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $1,539,998.00 | $1,000,000.00 |

| Debtor | **1600 Hicks Road, LLC** | Case number (if known) | **21 B 07478** |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,139,998.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Municipal Point Capital, LLC**<br>**107 Overlook Av.**<br>**Washington Crossing, PA 18977** | Line **2.1** | |
| **Municipal Point Capital, LLC**<br>**c/o CT Corporation System**<br>**208 S. LaSalle St., Suite 814**<br>**Chicago, IL 60604** | Line **2.1** | |
| **Newline Holdings LLC**<br>**55 W. Monroe St.**<br>**Suite 910**<br>**Chicago, IL 60603** | Line **2.1** | |